# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CYBERGENETICS CORP.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INSTITUTE OF ENVIRONMENTAL SCIENCE AND RESEARCH and NICHEVISION INC.,<br><br>　　　　Defendants. | Case No. 5:19-cv-01197-SL<br><br>Judge Sara Lioi<br><br>**PLAINTIFF'S STATEMENT OF NON-OPPOSITION IN RESPONSE TO DEFENDANTS' "STIPULATED" MOTION FOR EXTENSION OF TIME** |

　　　　Plaintiff Cybergenetics Corporation ("Cybergenetics") submits this Statement of Non-Opposition to clarify its position with respect to the purportedly "Stipulated" Motion for Extension of Time to Answer Plaintiff's Complaint or Otherwise Plead ("Motion") (Doc. No. 15) filed earlier today by the Institute of Environmental Science and Research ("ESR") and NicheVision Inc. ("NicheVision") (collectively, "Defendants"). Counsel for Defendants failed to give counsel for Cybergenetics any opportunity to review the purported "stipulation" prior to filing it with the Court, nor did counsel for Defendants even discuss the content of the Motion with counsel for Cybergenetics before filing it. Indeed, prior to filing the Motion, counsel for Defendants had not yet satisfied the sole condition precedent that Cybergenetics had placed on its agreement to the requested extension, namely, that ESR waive formal service of the Complaint (as Cybergenetics requested nearly two months ago).

　　　　In view of the foregoing, Cybergenetics respectfully advises the Court that in view of events *subsequent to the filing of the Motion*—namely, receipt of the Waiver of Service form

executed on behalf of ESR—Cybergenetics does not oppose that portion of the Motion requesting that the Court extend Defendants' time to respond to the Complaint up to and including September 25, 2019. However, for the avoidance of doubt, Cybergenetics does *not* stipulate to the remainder of the Motion, particularly including Defendants' self-serving and unsupported statements regarding ESR's corporate status and the supposed burdens of responding to the Complaint. Defendants inaccurately characterized the Motion as "stipulated."

Dated: July 18, 2019
/s/ *Mark M. Supko*
Mark M. Supko (admitted *pro hac vice*)
Siri M. Rao (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
msupko@crowell.com

Pilar R. Stillwater (admitted *pro hac vice*)
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
pstillwater@crowell.com

Michael J. Garvin (0025394)
VORYS, SATER, SEYMOUR
   and PEASE LLP
200 Public Square
Suite 1400
Cleveland, Ohio 44114
Telephone: (216) 479-6100
Facsimile: (216) 479-6060
mjgarvin@vorys.com

*Attorneys for Cybernetics Corp.*

# CERTIFICATE OF SERVICE

  I hereby certify that on July 18, 2019, a copy of the foregoing Plaintiff's Statement of Non-Opposition in Response to Defendants' "Stipulated" Motion for Extension of Time was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.


Dated: July 18, 2019            */s/ Mark M. Supko*
                  Mark M. Supko (admitted *pro hac vice*)
                  CROWELL & MORING LLP
                  1001 Pennsylvania Avenue NW
                  Washington, DC 20004
                  Telephone: (202) 624-2500
                  Facsimile: (202) 628-5116
                  msupko@crowell.com

                  *Attorneys for Cybernetics Corp.*