| 09/776,096 | METHOD AND SYSTEM FOR DNA MIXTURE ANALYSIS | PERLIN-9 | 09-03-2019::16:25:32 |

**Transaction History**

| Date | Transaction Description |
|---|---|
| 04-13-2018 | Payment of Maintenance Fee, 4th Yr, Small Entity |
| 11-25-2014 | Recordation of Patent Grant Mailed |
| 11-05-2014 | Issue Notification Mailed |
| 11-25-2014 | Patent Issue Date Used in PTA Calculation |
| 10-23-2014 | Dispatch to FDC |
| 10-22-2014 | Application Is Considered Ready for Issue |
| 10-21-2014 | Issue Fee Payment Verified |
| 10-21-2014 | Issue Fee Payment Received |
| 09-15-2014 | Printer Rush- No mailing |
| 09-15-2014 | Mailing Corrected Notice of Allowability |
| 09-14-2014 | Examiner's Amendment Communication |
| 09-14-2014 | Corrected Notice of Allowability |
| 09-12-2014 | Pubs Case Remand to TC |
| 09-11-2014 | Printer Rush- No mailing |
| 09-11-2014 | Mailing Corrected Notice of Allowability |
| 09-09-2014 | Examiner's Amendment Communication |
| 09-09-2014 | Interview Summary - Examiner Initiated - Telephonic |
| 09-09-2014 | Interview Summary - Examiner Initiated |
| 09-09-2014 | Corrected Notice of Allowability |
| 09-04-2014 | Pubs Case Remand to TC |
| 08-06-2014 | Mailing Corrected Notice of Allowability |
| 08-04-2014 | Examiner's Amendment Communication |
| 08-04-2014 | Corrected Notice of Allowability |
| 07-22-2014 | Mail Notice of Allowance |
| 07-18-2014 | Notice of Allowance Data Verification Completed |
| 07-15-2014 | Reasons for Allowance |
| 07-15-2014 | Examiner's Amendment Communication |
| 07-14-2014 | Interview Summary - Examiner Initiated - Telephonic |
| 07-14-2014 | Interview Summary - Examiner Initiated |
| 06-09-2014 | Oath or Declaration Filed (Including Supplemental) |
| 06-10-2014 | Date Forwarded to Examiner |
| 06-09-2014 | Response after Non-Final Action |
| 06-09-2014 | Request for Extension of Time - Granted |
| 01-17-2014 | Mail Interview Summary - Applicant Initiated - Telephonic |
| 01-16-2014 | Interview Summary- Applicant Initiated |
| 01-16-2014 | Interview Summary - Applicant Initiated - Telephonic |
| 12-09-2013 | Mail Non-Final Rejection |
| 12-08-2013 | Non-Final Rejection |
| 11-17-2013 | Date Forwarded to Examiner |
| 11-15-2013 | Request for Continued Examination (RCE) |
| 11-17-2013 | Disposal for a RCE / CPA / R129 |
| 11-15-2013 | Request for Extension of Time - Granted |
| 11-15-2013 | Workflow - Request for RCE - Begin |

**EXHIBIT 1**

| Date | Action |
|---|---|
| 06-17-2013 | Notice of Appeal Filed |
| 06-17-2013 | Request for Extension of Time - Granted |
| 01-17-2013 | Mail Final Rejection (PTOL - 326) |
| 01-14-2013 | Final Rejection |
| 03-05-2012 | Affidavit(s) (Rule 131 or 132) or Exhibit(s) Received |
| 03-13-2012 | Date Forwarded to Examiner |
| 03-05-2012 | Request for Continued Examination (RCE) |
| 03-13-2012 | Disposal for a RCE / CPA / R129 |
| 03-05-2012 | Request for Extension of Time - Granted |
| 03-05-2012 | Workflow - Request for RCE - Begin |
| 10-21-2011 | Mail Advisory Action (PTOL - 303) |
| 10-19-2011 | Advisory Action (PTOL-303) |
| 10-17-2011 | Date Forwarded to Examiner |
| 10-07-2011 | Amendment/Argument after Notice of Appeal |
| 10-07-2011 | Notice of Appeal Filed |
| 10-07-2011 | Request for Extension of Time - Granted |
| 04-01-2011 | Mail Final Rejection (PTOL - 326) |
| 03-28-2011 | Final Rejection |
| 03-24-2011 | Mail-Petition to Revive Application - Granted |
| 03-24-2011 | Petition to Revive Application - Granted |
| 01-25-2011 | Petition Entered |
| 11-17-2010 | Mail Abandonment for Failure to Respond to Office Action |
| 11-16-2010 | Aband. for Failure to Respond to O. A. |
| 04-14-2010 | Mail Non-Final Rejection |
| 04-12-2010 | Non-Final Rejection |
| 02-19-2010 | Date Forwarded to Examiner |
| 02-04-2010 | Request for Continued Examination (RCE) |
| 02-19-2010 | Disposal for a RCE / CPA / R129 |
| 02-04-2010 | Workflow - Request for RCE - Begin |
| 01-13-2010 | Mail Advisory Action (PTOL - 303) |
| 01-11-2010 | Advisory Action (PTOL-303) |
| 01-08-2010 | Date Forwarded to Examiner |
| 12-22-2009 | Amendment/Argument after Notice of Appeal |
| 12-22-2009 | Notice of Appeal Filed |
| 12-22-2009 | Request for Extension of Time - Granted |
| 06-22-2009 | Mail Final Rejection (PTOL - 326) |
| 06-20-2009 | Final Rejection |
| 04-14-2009 | Date Forwarded to Examiner |
| 04-02-2009 | Response after Non-Final Action |
| 04-02-2009 | Request for Extension of Time - Granted |
| 09-29-2008 | Mail Non-Final Rejection |
| 09-26-2008 | Non-Final Rejection |
| 09-04-2008 | Date Forwarded to Examiner |
| 09-04-2008 | Date Forwarded to Examiner |
| 08-04-2008 | Request for Continued Examination (RCE) |
| 09-04-2008 | Disposal for a RCE / CPA / R129 |
| 08-04-2008 | Workflow - Request for RCE - Begin |

| Date | Action |
|---|---|
| 07-23-2008 | Mail Advisory Action (PTOL - 303) |
| 07-21-2008 | Advisory Action (PTOL-303) |
| 07-17-2008 | Date Forwarded to Examiner |
| 07-11-2008 | Amendment/Argument after Notice of Appeal |
| 07-11-2008 | Notice of Appeal Filed |
| 07-11-2008 | Request for Extension of Time - Granted |
| 01-09-2008 | Mail Final Rejection (PTOL - 326) |
| 01-07-2008 | Final Rejection |
| 10-23-2007 | Date Forwarded to Examiner |
| 10-09-2007 | Response after Non-Final Action |
| 10-09-2007 | Request for Extension of Time - Granted |
| 04-09-2007 | Mail Non-Final Rejection |
| 04-02-2007 | Non-Final Rejection |
| 01-19-2007 | Date Forwarded to Examiner |
| 01-19-2007 | Date Forwarded to Examiner |
| 01-04-2007 | Request for Continued Examination (RCE) |
| 01-19-2007 | Disposal for a RCE / CPA / R129 |
| 01-04-2007 | Workflow - Request for RCE - Begin |
| 12-28-2006 | Mail Advisory Action (PTOL - 303) |
| 12-26-2006 | Advisory Action (PTOL-303) |
| 12-20-2006 | Date Forwarded to Examiner |
| 12-11-2006 | Amendment/Argument after Notice of Appeal |
| 12-11-2006 | Notice of Appeal Filed |
| 12-11-2006 | Request for Extension of Time - Granted |
| 06-09-2006 | Mail Final Rejection (PTOL - 326) |
| 06-06-2006 | Final Rejection |
| 03-30-2006 | Date Forwarded to Examiner |
| 03-24-2006 | Response after Non-Final Action |
| 03-24-2006 | Request for Extension of Time - Granted |
| 09-22-2005 | Mail Non-Final Rejection |
| 09-19-2005 | Non-Final Rejection |
| 08-24-2005 | Case Docketed to Examiner in GAU |
| 07-08-2005 | IFW TSS Processing by Tech Center Complete |
| 07-08-2005 | Date Forwarded to Examiner |
| 07-08-2005 | Date Forwarded to Examiner |
| 06-28-2005 | Request for Continued Examination (RCE) |
| 07-08-2005 | Disposal for a RCE / CPA / R129 |
| 06-28-2005 | Workflow - Request for RCE - Begin |
| 06-03-2005 | Mail Advisory Action (PTOL - 303) |
| 06-01-2005 | Advisory Action (PTOL-303) |
| 05-19-2005 | Date Forwarded to Examiner |
| 05-16-2005 | Amendment/Argument after Notice of Appeal |
| 05-16-2005 | Notice of Appeal Filed |
| 05-16-2005 | Request for Extension of Time - Granted |
| 12-22-2004 | Case Docketed to Examiner in GAU |
| 11-16-2004 | Mail Final Rejection (PTOL - 326) |
| 11-15-2004 | Final Rejection |

| | |
|---|---|
| 09-03-2004 | Date Forwarded to Examiner |
| 08-20-2004 | Response after Non-Final Action |
| 08-20-2004 | Request for Extension of Time - Granted |
| 08-20-2004 | Workflow incoming amendment IFW |
| 02-19-2004 | Mail Non-Final Rejection |
| 02-18-2004 | Non-Final Rejection |
| 12-13-2003 | Date Forwarded to Examiner |
| 12-13-2003 | Date Forwarded to Examiner |
| 11-06-2003 | Request for Continued Examination (RCE) |
| 12-13-2003 | Disposal for a RCE / CPA / R129 |
| 11-06-2003 | Workflow - Request for RCE - Begin |
| 10-15-2003 | Mail Advisory Action (PTOL - 303) |
| 10-14-2003 | Advisory Action (PTOL-303) |
| 09-29-2003 | Date Forwarded to Examiner |
| 09-10-2003 | Amendment/Argument after Notice of Appeal |
| 09-10-2003 | Notice of Appeal Filed |
| 09-10-2003 | Request for Extension of Time - Granted |
| 09-24-2003 | Date Forwarded to Examiner |
| 09-10-2003 | Amendment/Argument after Notice of Appeal |
| 09-10-2003 | Notice of Appeal Filed |
| 09-10-2003 | Request for Extension of Time - Granted |
| 03-07-2003 | Mail Final Rejection (PTOL - 326) |
| 03-06-2003 | Final Rejection |
| 01-03-2003 | Date Forwarded to Examiner |
| 12-26-2002 | Response after Non-Final Action |
| 12-26-2002 | Request for Extension of Time - Granted |
| 06-19-2002 | Mail Non-Final Rejection |
| 06-18-2002 | X-Post-Legal Complete Rejection |
| 06-17-2002 | Non-Final Rejection |
| 04-08-2002 | X-Pre-Legal Complete Amended Case |
| 04-08-2002 | Date Forwarded to Examiner |
| 03-25-2002 | Response to Election / Restriction Filed |
| 03-25-2002 | Request for Extension of Time - Granted |
| 02-07-2002 | Case Docketed to Examiner in GAU |
| 12-20-2001 | Mail Restriction Requirement |
| 12-19-2001 | Restriction/Election Requirement |
| 12-13-2001 | Case Docketed to Examiner in GAU |
| 09-12-2001 | Transfer Inquiry |
| 08-25-2001 | Application Dispatched from OIPE |
| 05-08-2001 | Case Docketed to Examiner in GAU |
| 04-30-2001 | Application Dispatched from OIPE |
| 04-30-2001 | Correspondence Address Change |
| 03-06-2001 | IFW Scan & PACR Auto Security Review |
| 02-02-2001 | Initial Exam Team nn |

**Close Window**