| 14/548,972 | Method and System for DNA Mixture Analysis | PERLIN-9 CONT 09-03-2019::16:27:11 |

## Transaction History

| Date | Transaction Description |
| --- | --- |
| 07-18-2017 | Recordation of Patent Grant Mailed |
| 06-28-2017 | Issue Notification Mailed |
| 07-18-2017 | Patent Issue Date Used in PTA Calculation |
| 06-19-2017 | Dispatch to FDC |
| 06-19-2017 | Application Is Considered Ready for Issue |
| 06-16-2017 | Issue Fee Payment Verified |
| 06-16-2017 | Issue Fee Payment Received |
| 03-16-2017 | Mail Notice of Allowance |
| 03-14-2017 | Notice of Allowance Data Verification Completed |
| 03-13-2017 | Interview Summary - Examiner Initiated - Telephonic |
| 03-14-2017 | Reasons for Allowance |
| 03-14-2017 | Examiner's Amendment Communication |
| 03-13-2017 | PARALEGAL OR ELECTRONIC TERMINAL DISCLAIMER APPROVED |
| 03-13-2017 | Terminal Disclaimer Filed |
| 03-02-2017 | Date Forwarded to Examiner |
| 02-14-2017 | Response to Election / Restriction Filed |
| 02-09-2017 | Mail Notice of Informal or Non-Responsive Amendment |
| 02-01-2017 | Date Forwarded to Examiner |
| 01-12-2017 | Informal or Non-Responsive Amendment after Examiner Action |
| 01-12-2017 | Response to Election / Restriction Filed |
| 01-12-2017 | Request for Extension of Time - Granted |
| 09-12-2016 | Mail Restriction Requirement |
| 09-08-2016 | Restriction/Election Requirement |
| 08-31-2015 | Application ready for PDX access by participating foreign offices |
| 06-18-2015 | Case Docketed to Examiner in GAU |
| 03-19-2015 | PG-Pub Issue Notification |
| 12-12-2014 | Oath or Declaration Filed (Including Supplemental) |
| 11-20-2014 | Oath or Declaration Filed (Including Supplemental) |
| 12-05-2014 | Application Dispatched from OIPE |
| 12-05-2014 | FITF set to NO - revise initial setting |
| 11-20-2014 | Patent Term Adjustment - Ready for Examination |
| 12-05-2014 | Application Is Now Complete |
| 12-05-2014 | Filing Receipt |
| 12-05-2014 | Application Is Now Complete |
| 11-20-2014 | Applicants have given acceptable permission for participating foreign |
| 12-05-2014 | Applicant Has Filed a Verified Statement of Small Entity Status in Compliance with 37 CFR 1.27 |
| 12-01-2014 | Cleared by OIPE CSR |
| 11-23-2014 | IFW Scan & PACR Auto Security Review |
| 11-20-2014 | ENTITY STATUS SET TO UNDISCOUNTED (INITIAL DEFAULT SETTING OR STATUS CHANGE) |
| 11-20-2014 | Initial Exam Team nn |

**Close Window**

EXHIBIT 2