IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CYBERGENETICS CORP., | ) | CASE NO. 5:19-CV-1197 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE SARA LIOI |
| vs. | ) | |
| | ) | |
| INSTITUTE OF ENVIRONMENTAL | ) | MAGISTRATE JUDGE KATHLEEN B. |
| SCIENCE AND RESEARCH, et al., | ) | BURKE |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF SERGEY VERNYUK
CERTIFYING COMPLIANCE WITH LR 7.1(f)**

I, Sergey Vernyuk, having personal knowledge of the facts stated herein, and being of legal age and sound mind and memory, do hereby declare as follows:

1. I am co-counsel for Defendants Institute of Environmental Science and Research Limited and NicheVision Inc.

2. I execute this declaration in my capacity as co-counsel for Defendants in this action.

3. A Case Management Conference has not yet been held in this case, and this case has not yet been assigned to any track per LR 16.2.

4. I certify that the accompanying Defendants' Motion to Dismiss is in compliance with the applicable page limits of LR 7.1(f) for unassigned cases and of the Initial Standing Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 25, 2019

_____
Sergey Vernyuk

1