# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CYBERGENETICS CORP., | ) | CASE NO. 5:19-cv-1197 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| | ) | |
| INSTITUTE OF ENVIRONMENTAL SCIENCE AND RESEARCH, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

For the reasons set forth in the contemporaneously filed memorandum opinion, the motion to dismiss (Doc. No. 24), filed by defendants, is GRANTED, and this case is DISMISSED.

**IT IS SO ORDERED**.

Dated: September 29, 2020

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**